IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00865-JLK-MEH

THE KONG COMPANY, LLC, a Colorado limited liability company,

    Plaintiff,

v.

OURPET'S COMPANY, a Colorado corporation,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 16, 2010.**

    In light of the Notice of Voluntary Dismissal [filed September 16, 2010; docket #18], the Scheduling Conference set for September 17, 2010, is hereby **vacated**. The pending Motion to Dismiss [filed September 10, 2010; docket #16] is **denied as moot**. (*See* docket #17 (referral to this Court).)